UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JULIE E. STAHL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:18-CV-01485 JAR |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) ) |
| Defendant. | ) ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion to Reverse and Remand pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 22) Plaintiff has no objection to Defendant's motion. (Doc. 23.)

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Reverse and Remand (Doc. 22), is **GRANTED.**

**IT IS FURTHER ORDERED** that this action is **REVERSED AND REMANDED** to the ALJ for additional vocational expert testimony in order to determine whether a substantial number of jobs exist that Plaintiff can perform based on the ALJ's finding regarding Plaintiff's RFC.

A separate Judgment will accompany this order.

Dated this 7th day of May, 2019.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE