UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JULIE E. STAHL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:18-CV-01485 JAR |
| ) | |
| NANCY A. BERRYHILL, ) | |
| ACTING COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Application for Attorney's Fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412. (Doc. 26.) In her motion, Plaintiff requests an award of attorney's fees in the amount of $4,261.60, which amount is based on multiplying 22.4 hours of work by an hourly rate of $190.25. Defendant has no objection to Plaintiff's request and states that the award of attorney's fees under the EAJA is payable directly to Plaintiff as the litigant and subject to offset to satisfy any pre-existing debt that Plaintiff owes to the United States pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010). (Doc. 27.) Upon consideration, the Court finds the fee award of $4,261.60 to be reasonable.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application for Attorney's Fees under the Equal Access to Justice Act (Doc. 26), is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Commissioner shall pay attorney's fees under the EAJA in the amount of $4,261.60.

**IT IS FURTHER ORDERED** that Defendant Commissioner shall issue a check for the amount owed made payable to Plaintiff Julie E. Stahl and mailed to Plaintiff's attorney, Traci L Severs, at 55 Grasso Plaza, Suite 6964, St. Louis, MO 63123.

Dated this 8th day of July, 2019.

                                                            _____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE